| Vendor | Amount of Transfer | Check # | Check Date | Clear Date | Debtor Transferor |
|---|---|---|---|---|---|
| Fort Myer Construction Corp. | $57,400.00 | 5434 | 4/25/2014 | 4/30/2014 | Truland Systems Corporation |
| | $16,750.00 | 5579 | 5/16/2014 | 5/28/2014 | Truland Systems Corporation |
| | $24,030.18 | 5623 | 5/16/2014 | 5/28/2014 | Truland Systems Corporation |
| | | | | | |
| | | | | | |
| **Total** | **$98,180.18** | | | | |